Bloodgood
v.
Kane.

FRANCIS BLOODGOOD and others, appellants, *against* OLIVER
KANE and JAMES KANE,(a)

In chancery, a pure plea of the statute of limitations, in answer to a bill
charging circumstances to take the case out of the statute, is no bar, un-
less it be supported by an answer, denying or destroying the force of those
circumstances.

APPEAL from the court of chancery. This cause, with
its decision in the court below, is reported in 7 John. Ch.
Rep. 90 to 136. The appeal was from that part of the
*chancellor's decree which overruled the plea of the statute     [*361]
of limitations, interposed by the appellants, as a bar to the
bill of the respondents for the dividends or profits on
share No. 41, prior to the 1st of July, 1815. This part of
the case below was discussed by chancellor Kent, in 7
John. Ch. Rep. 129 to 136; which discussion was now fur-
nished to this court as his reasons in support of that part
of the decree appealed from.

The cause was argued here, by

*Jas. Lynch* and *H. Bleecker*, for the appellants, and

*J. V. Henry*, for the respondents.

SUTHERLAND, J., and COLDEN, Senator, delivered opin-
ions in support of the decree in the court below, in which
this court concurred, excepting CRARY and WOOSTER, Sen-
ators. So

The decree was affirmed.[1]

(a) This case was decided at Albany, December, 1825.

[1] See Waterman's American Chancery Digest, vol. 2, tit. *Limitations,
Statute of.*